IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AURORA LOAN SERVICES, LLC.,

      Plaintiff,                    No. CIV-S-11-0087-LKK-KJN-PS

    vs.

THANH VAN LE, et al.,

      Defendants.                   ORDER
_____/

On May 23, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

////

////

1

1   Accordingly, IT IS ORDERED that:

2   1. The Proposed Findings and Recommendations filed May 23, 2011, are ADOPTED;

3   2. Plaintiff's motion to remand (Dkt. No. 8) is granted;

4   3. This matter is remanded to the Superior Court of California, County of Sacramento,

5  on the ground that this court lacks subject matter jurisdiction over plaintiff's claims; and

6   4. The Clerk of Court shall vacate all dates and close this case.

7  DATED:  December 12, 2011.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```